THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMRISH RAJAGOPALAN et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND et al.,<br><br>Defendants. | No. 2:15-cv-00957 BSH<br><br>MOTION OF PLATTE RIVER INSURANCE COMPANY TO FILE OVER-LENGTH MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>August 6, 2015 |

COMES NOW Defendant Platte River Insurance Company ("Platte River"), by and through its counsel of record herein, and hereby moves pursuant to LCR7(f) for approval to file an over-length motion to dismiss, for the reasons set forth herein.

1. Plaintiffs' Class Action Complaint and Jury Demand (ECF #1) (hereinafter "Complaint"), which was filed on June 15, 2015, seeks recovery under more than $17 million in surety bonds, of which approximately $7 million were issued by Platte River. The Complaint seeks relief with respect to 45 separate bonds issued in 45 states, of which 28 were issued by Platte River in 28 states. The Complaint is over 128 pages long (without exhibits), contains 694 paragraphs of allegations, and has 61 exhibits.

2. Platte River's response to the Complaint is due August 17, 2015.

MOTION OF PLATTE RIVER INSURANCE
COMPANY TO FILE OVER-LENGTH MOTION TO
DISMISS (No. 2:15-cv-00957 BHS) – 1



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3. Platte River has a number of legal defenses to the Complaint under Rule 12, including without limitation lack of personal jurisdiction, improper service, lack of standing and lack of subject matter jurisdiction. Therefore, Platte River plans to file a motion to dismiss the claims against it pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (5) and (6). Many of those defenses properly rely on facts outside the Complaint. See Warren v. Fox Family Worldwide, Inc., 328 F.3d 1136, 1141 (9th Cir. 2003) ("in ruling on a 12(b)(1) jurisdictional challenge, a court may look beyond the complaint and consider extrinsic evidence"); Amba Marketing Systems, Inc. v. Jobar International, Inc., 551 F.2d 784, 787 (9th Cir. 1977) (Rule 12(b)(2) motion is not based "on the bare allegations of [the] complaint, but rather" on "facts [shown] by affidavit or otherwise").

4. In order to adequately address its Rule 12(b) defenses and to appropriately brief the grounds justifying dismissal of Plaintiffs' massive 128-page Complaint, Platte River requires more than the 24 pages permitted by LCR 7(e)(3). Given the scope of the issues involved, the legal and factual complexity of the underlying claims, and the number of bonds at issue, Platte River requests that it be granted an additional 6 pages and be permitted to file a brief in support of its motion to dismiss that will not exceed 30 pages.

DATED this 6th day of August, 2015.

| By: s/John D. Wilson, Jr. | By: s/ Jonathan A. Constine |
|---|---|
| By: s/ Scott M. Stickney | Jonathan A. Constine (DC No. 416887) |
| John D. Wilson, Jr. WSBA No. 4828 | TROUTMAN SANDERS LLP |
| Scott M. Stickney, WSBA No. 14540 | 401 – 9th Street, N.W., Suite 1000 |
| WILSON SMITH COCHRAN DICKERSON | Washington, D.C. 20004-2134 |
| 901 Fifth Avenue, Suite 1700 | Tel: 202.274.2891 |
| Seattle, WA 98164-2050 | Fax: 202.274.2891 |
| Tel: 206.623.4100; Fax: 206.623.9273 | Jonathan.Constine@troutmansanders.com |
| wilson@wscd.com; Stickney@wscd.com | Attorneys for Defendant |
| Attorneys for Defendant | Platte River Insurance Company |
| Platte River Insurance Company | Admitted *Pro Hac Vice* |

MOTION OF PLATTE RIVER INSURANCE
COMPANY TO FILE OVER-LENGTH MOTION TO
DISMISS (No. 2:15-cv-00957 BHS) – 2



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER

THIS MATTER having come on regularly for hearing upon the Motion of Platte River Insurance Company to File Over-Length Motion to Dismiss and the Court being fully advised, now, therefore, it is hereby **ORDERED** that Platte River may file a motion to dismiss that will not exceed 30 pages, Plaintiffs' response shall not exceed 30 pages, and Platte River's reply shall not exceed 15 pages.

DONE IN OPEN COURT this 12 day of August, 2015.

_____
The Honorable Benjamin H. Settle
United States District Judge

Presented by:

By: s/John D. Wilson, Jr.
By: s/ Scott M. Stickney
John D. Wilson, Jr. WSBA No. 4828
Scott M. Stickney, WSBA No. 14540
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Tel: 206.623.4100; Fax: 206.623.9273
wilson@wscd.com; Stickney@wscd.com
Attorneys for Defendant
Platte River Insurance Company

By: s/ Jonathan A. Constine
Jonathan A. Constine (DC No. 416887)
TROUTMAN SANDERS LLP
401 – 9th Street, N.W., Suite 1000
Washington, D.C.  20004-2134
Tel: 202.274.2891
Fax: 202.274.2891
Jonathan.Constine@troutmansanders.com
Attorneys for Defendant
Platte River Insurance Company

MOTION OF PLATTE RIVER INSURANCE
COMPANY TO FILE OVER-LENGTH MOTION TO
DISMISS (No. 2:15-cv-00957 BHS) – 3



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  Admitted *Pro Hac Vice*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION OF PLATTE RIVER INSURANCE
COMPANY TO FILE OVER-LENGTH MOTION TO
DISMISS (No. 2:15-cv-00957 BHS) – 4



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

**Attorneys for Plaintiffs**
Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206.623.7279; Fax: 206.623.0594
steve@hbsslaw.com;
toml@hbbslaw.com

**Attorneys for Plaintiffs**
Stuart M. Paynter
Celeste H.G. Boyd
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Tel: 202.626.4486; Fax: 866.734.0622
stuart@paynterlawfirm.com;
cboyd@paynterlawfirm.com

**Attorneys for Defendant Platte River**
Jonathan A. Constine
TROUTMAN SANDERS LLP
401 – 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
Tel: 202.274.2891; Fax: 202.274.2891
Jonathan.Constine@troutmansanders.com

**Attorneys for Defendant Fidelity**
Bert W. Markovich
Claire L. Rootjes
SCHWABE, WILLIAMSON & WYATT, PC
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
Tel: 206.622.1711; Fax: 206.292.0460
bmarkovich@schwabe.com
crootjes@schwabe.com

**Attorneys for Defendant Fidelity**
David C. Vies
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Tel: 310.552.0130; Fax: 310.229.5800
DVeis@RobinsKaplan.com
By Email

**SIGNED** this 6th day of August, 2015.

By: s/ John D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Tel: 206.623.4100; Fax: 206.623.9273
wilson@wscd.com

---

MOTION OF PLATTE RIVER INSURANCE
COMPANY TO FILE OVER-LENGTH MOTION TO
DISMISS (No. 2:15-cv-00957 BHS) – 5



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273